# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: BPS AND CABELA'S WIRETAPPING LITIGATION | MDL No. 3074 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, counsel for Defendants, BPS Direct, LLC; Cabela's LLC; and Cabela's Retail MO, LLC, certifies that the Corporate Disclosure Statement was filed electronically with the Clerk of the JPML by using the CM/ECF system on March 1, 2023, and served on all counsel or parties in manners indicated and addressed on the attached service list.

Dated: March 1, 2023

Respectfully submitted,

s/ *Jennifer A. McLoone*
Jennifer A. McLoone (FBN 29234)
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
T: 305.358.5171
F: 305.358.7470
E: *jmcloone@shb.com*

*Attorney for Defendants*
 *BPS Direct, LLC; Cabela's LLC and*
 *Cabela's Retail MO, LLC*

4860-5974-9716

## SERVICE LIST

| Via Electronic Mail | |
|---|---|
| John J. Nelson<br>jnelson@milberg.com<br>Milberg Coleman Bryson Phillips<br>Grossman PLLC<br>401 W. Broadway, Suite 1760<br>San Diego, CA 92101<br>Telephone: (858) 209-6941<br><br>Counsel for Plaintiff Gregory Moore, Jr.<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* | Joshua Brandon Swigart<br>josh@swigartlawgroup.com<br>Swigart Law Group, APC<br>2221 Camino Del Rio South, Suite 308<br>San Diego, CA 92108<br>Telephone: (866) 21908344<br><br>Counsel for Plaintiff Gregory Moore, Jr.<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* |
| Daniel G. Shay<br>DanielShay@TCPAFDCPA.com<br>Law Office of Daniel G. Shay<br>2221 Camino Del Rio South, Suite 308<br>San Diego, CA 92108<br>Telephone: (866) 222-7429<br><br>Counsel for Plaintiff Gregory Moore, Jr.<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* | Gary F. Lynch<br>Gary@lcllp.com<br>Lynch Carpenter, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 322-9243<br><br>Counsel for Plaintiff Heather Cornell<br>Case No. *1:23-cv-00020-SPB (W.D. Pa.)*<br><br>Counsel for Plaintiff Brian Calvert<br>Case No. *1:2:22-cv-01460-WSH (W.D. Pa.)* |
| Ari H. Marcus<br>ari@marcuszelman.com<br>Marcus & Zelman LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Telephone: (732) 695-3282<br><br>Counsel for Plaintiff Brittany Vonbergen<br>Case No. *2:22-cv-04709 -KBH (E.D. Pa.)* | Bryn L. Bleichner<br>bbleichner@chestnutcambronne.com<br>Chestnut Cambronne PA<br>100 Washington Ave South, Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |

| | |
|---|---|
| Philip J. Krzeski<br>pkrzeski@chestnutcambronne.com<br>Chestnut Cambronne PA<br>100 Washington Ave South, Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* | Tiffany M. Yiartras<br>tiffany@consumerprotectionlegal.com<br>Consumer Protection Legal, LLC<br>308 Hutchinson Road<br>Wllisville, MO 63011<br>Telephone: (314) 541-0317<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |
| Karen Riebel<br>khreibel@locklaw.com<br>Lockridge Grindal Nauen, PLLP<br>100 Washington Ave South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 596-4097<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* | Maureen Kane Berg<br>mkberg@locklaw.com<br>Lockridge Grindal Nauen, PLLP<br>100 Washington Ave South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 596-4097<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |
| Brian C Gudmundson<br>brian.gudmundson@zimmreed.com<br>Zimmerman Reed, LLP<br>1100 IDS Center<br>80 South 8th St<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* | Carey Alexander<br>calexander@scott-scott.com<br>Scott & Scott, Attorneys at Law, LLP<br>230 Park Avenue<br>Ste 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* |
| Michael J Laird<br>michael.laird@zimmreed.com<br>Zimmerman Reed, LLP<br>1100 IDS Center<br>80 South 8th St.<br>Minneapolis, MN 55402<br>Telephone: (920) 915-3328<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* | Rachel Kristine Tack<br>rachel.tack@zimmreed.com<br>Zimmerman Reed, LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* |

| | |
|---|---|
| Ethan Samuel Binder<br>ebinder@scott-scott.com<br>Scott & Scott, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* | Joseph P. Guglielmo<br>jguglielmo@scott-scott.com<br>Scott & Scott, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* |
| Alan Y. Wong<br>awong@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>1 Federal Street, Suite 2540<br>Boston, MA 02110<br>Telephone: (617) 531-1677<br><br>Counsel for Defendant Cabela's Inc.<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* | Emyr T. Remy<br>remy@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>One Federal Street<br>Ste 2540<br>Boston, MA 02110<br>Telephone: (617) 531-1411<br><br>Counsel for Defendant Cabela's Inc.<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* |
| Erin P. Loucks eleffler@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>Two Commerce Square<br>2001 Market Street, Suite 3000<br>Philadelphia, PA 19103<br>Telephone: (215) 278-2555<br>Counsel for Defendant Cabela's LLC<br>Case No. *1:2:22-cv-01460-WSH (W.D. Pa.)*<br><br>Counsel for Defendant BPS Direct, LLC<br>Case No. *2:22-cv-04709 -KBH (E.D. Pa.)* | Jason Scott<br>jscott@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 421-5547<br><br>Counsel for Defendants BPS Direct, LLC;<br>Cabela's LLC and Cabela's Retail MO, LLC<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |
| Anna A. El-Zein<br>aelzein@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 421-5547<br><br>Counsel for Defendant Cabela's LLC and<br>Cabela's Retail MO, LLC<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* | Rachel A. Straus<br>rstraus@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067<br><br>Counsel for Defendant BPS Direct, LLC<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* |